## S17Y1470. IN THE MATTER OF MICHAEL BERNARD KING.
(808 SE2d 559)

PER CURIAM.

The Court having reviewed the Notice of Compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Michael Bernard King has appeared for and received a public reprimand as ordered by this Court (see *In the Matter of King*, 301 Ga. 791 (804 SE2d 116) (2017)), it is hereby ordered that Michael Bernard King be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*

DECIDED DECEMBER 4, 2017.

*Paula J. Frederick, General Counsel State Bar, Jonathan W. Hewett, Jenny K. Mittelman, Assistant General Counsel State Bar*, for State Bar of Georgia.